Argued and submitted December 8, review dismissed as improvidently allowed
December 29, 1994

## DONALD ALEC STRECKER,
*Petitioner on Review,*

*v.*

## PSYCHIATRIC SECURITY REVIEW BOARD,
*Respondent on Review.*

(PSRB 79-285; CA A72184; SC S40838)

886 P2d 6

Harris S. Matarazzo, Portland, argued the cause and filed the petitions for petitioner on review.

Robert M. Atkinson, Assistant Attorney General, Salem, argued the cause for respondent on review. With him on the response were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

MEMORANDUM OPINION

Review dismissed as improvidently allowed.